806

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of SVETLANA SOROKINA, Appellant, v DAVID A. HANSELL, as Acting Commissioner of New York State Office of Temporary and Disability Assistance, et al., Respondents.

Submitted March 17, 2008; decided March 25, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION, Respondent-Appellant, v NEW YORK STATE RACING AND WAGERING BOARD et al., Appellants-Respondents. (And Four Other Related Proceedings.)

Submitted February 19, 2008; decided March 25, 2008

Motion by the Standardbred Owners Association for leave to file a brief amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION, Respondent-Appellant, v NEW YORK STATE RACING AND WAGERING BOARD et al., Appellants-Respondents. (And Four Other Related Proceedings.)

Submitted February 19, 2008; decided March 25, 2008

Motion by the Monticello Harness Horsemen's Association for leave to file a brief amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.